IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25cr11-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> EUNORIO CORTEZ CORTEZ, ) <br> a/k/a HONORIO CORTEZ CORTEZ, ) <br> a/k/a HONORIO CORTES CORTES ) <br> ) | **BILL OF INDICTMENT** <br><br> Violation: 8 U.S.C. §§ 1326(a) and (b)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 8, 2023, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**EUNORIO CORTEZ CORTEZ,
a/k/a HONORIO CORTEZ CORTEZ,
a/k/a HONORIO CORTES CORTES**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY